§JS 45  (5/97) - (Revised USAO MA 3/20/2013)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   See below
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  See below   ☑ Yes  ☐ No

Defendant Name   Kris Bortnovsky   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:   "Kris Bort"

Address: _____

Birth date (Yr only): ___  SSN (last 4#): ___  Sex: ___  Race: ___  Nationality: ___

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**
AUSA: Ian Stearns / Kaitlin O'Donnell   Bar Number if applicable: 693374/ 675349

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/6/2025   Signature of AUSA:  /s/ Ian J. Stearns

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Kris Bortnovsky a/k/a "Kris Bort"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 2 |
| Set 3 | 18 U.S.C. §§ 1348 and 2 | Securities Fraud; Aiding and Abetting | 3 |
| Set 4 | 15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2 | Securities Fraud; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1001(a)(2) | False Statements | 5 |
| Set 6 | 18 U.S.C. §§ 1512(b)(1) and 3147 | Obstruction of Justice | 6 |
| Set 7 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) | Forfeiture Allegation | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

SW MJ Numbers: 18-MJ-2528-MBB; 18-MJ-2529-MBB; 18-MJ-2592-2593-MBB; 19-MJ-2172-MBB; 19-MJ-2173-MBB; 19-MJ-2174-MBB; 19-MJ-2175-MBB; 19-MJ-2176-MBB; 19-MJ-2177-MBB; 19-MJ-2178-MBB; 19-MJ-2186-MBB; 19-MJ-2231-MBB; 19-MJ-2232-MBB; 19-MJ-2233-MBB; 19-MJ-2234-MBB; 20-MJ-2034-MBB; 20-MJ-2035-MBB; 20-MJ-2336-MBB; 23-MJ-2009 through 2011-MBB; 23-2058 through 2059-MBB; 24-MJ-2011 through 2018-MBB
Related Cases: 25-cr-10041-WGY; 24-cr-10318-WGY; 22-cr-10006-WGY; 25-cr-10105-WGY